David M. Freeman, Esq.
dfreeman@hwb-law.com
HOLMES WEDDLE and BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone:   (907) 274-0666
Fax:      (907) 277-4657

Attorneys for Use-Plaintiff and Plaintiff Faltz Landscaping, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of FALTZ LANDSCAPING, INC. and FALTZ LANDSCAPING, INC, <br><br> Use-Plaintiff and, Plaintiff, <br><br> vs. <br><br> KIEWIT BUILDING GROUP INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and its Payment Bond No.105723213, <br><br> Defendants. | Case No. 3-17-cv _____ <br><br> **COMPLAINT** <br> **(Miller Act Payment Bond)** <br> **(Breach of Contract)** |

COME NOW United States of America, for the use and benefit of Faltz

Landscaping, Inc. (hereinafter "use-plaintiff") and Faltz Landscaping, Inc.

(hereinafter "plaintiff") (collectively referred to as "Faltz"), by and through their

Complaint
Page 1 of 7

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and*
*Travelers Casualty and Surety Company of America, et al.*
Case No. 3-17-cv_____

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

counsel of record, Holmes Weddle and Barcott, P.C., and hereby set forth their complaint against defendants Kiewit Building Group Inc. (hereinafter "Kiewit") and Travelers Casualty and Surety Company of America (hereinafter "Travelers") and its Payment Bond No. 105723213, by stating and alleging as follows:

## PARTIES

1.    Faltz is, and at all times relevant hereto was, an Alaska corporation licensed as a general contractor by the State of Alaska pursuant to AS 08.18.011, and is therefore not disqualified from bringing this action by AS 08.18.151. Faltz has paid its corporate tax and filed its biennial report last due and is thereby qualified to commence and maintain this action.

2.    Upon information and belief, Kiewit is a Delaware corporation registered to do business in the State of Alaska and is licensed as a general contractor in the State of Alaska.

3.    Upon information and belief, Travelers is an insurance/indemnity/surety company authorized to and which does provide contractor license bonds and payment/performance bonds in Alaska.

## JURISDICTION AND VENUE

4.    This action arises, and the Court has jurisdiction, under 40 U.S.C. § 3131, *et seq.*, commonly known as and referred to hereafter as the Miller Act. This suit has been commenced within one year of the date on which the last of the

Complaint
Page 2 of 7

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and
Travelers Casualty and Surety Company of America, et al.*
Case No. 3-17-cv_____

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

materials and labor were furnished by Faltz for use in the performance of the construction subcontract referenced below.

5.     Subject matter jurisdiction is also proper in this Court pursuant to 28 U.S.C. §1332 in that Kiewit is a citizen of a different state and the amount in controversy exceeds $75,000.

6.     Faltz also invokes the supplemental jurisdiction of the Court pursuant to 28 U.S.C. §1367 as to any claims or causes of action which are not subject to the Miller Act, but which are derived from the common operative facts of the Miller Act claim stated in this Complaint.

## COMMON ALLEGATIONS

7.     On or about March 5, 2014, Faltz entered into a subcontract with Kiewit whereby Faltz agreed to furnish all supervision, labor, tools, equipment, materials and supplies necessary to perform the landscaping scope of work in connection with that certain construction project known as FTR 251 – Brigade Combat Team (BCT) Light Complex, Phase 1A, Contract No. W911KB-12-C-00M-0011 between Kiewit and the Department of the Army, U.S. Army Engineer District, Alaska located at Fort Richardson, Alaska ("contract") for the subcontract price of $594,450.00.     The subcontract price was premised upon a proposal by Faltz, dated November 22, 2013.

8.     During the course of construction Kiewit directed Faltz to perform extra work outside the scope of the Faltz subcontract.

Complaint
Page 3 of 7

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and*
*Travelers Casualty and Surety Company of America, et al.*
Case No. 3-17-cv_____

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

9.     Kiewit directed Faltz to seed and landscape certain areas that had been used and damaged by others during construction, including Kiewit.

10.     But for the use and damage of these areas by others, no work was required by Faltz under its subcontract in these areas.

11.     The Faltz proposal and resulting subcontract explicitly excluded any work required to repair damage by third parties, including Kiewit.

12.     The extra work Kiewit directed Faltz to perform was not required as a result of any failure by the project owner, including any failure to properly indicate the areas to be landscaped in the original plans.

13.     Faltz incurred extra costs of at least $55,356.25 to seed and landscape the areas that had been damaged by others, including Kiewit.

14.     The extra costs incurred by Faltz were calculated by applying the extra work multiplier in Faltz's proposal of $1.25 per square foot to the 44,285 square feet of extra area which required seeding and landscaping as a direct result of damage caused by others, including Kiewit.

15.     In addition to amounts owed to Faltz for performing extra work, as alleged above, Kiewit is also liable to Faltz for the unpaid subcontract balance (retainage) owed of $28,236.85, plus interest thereon until paid.

Complaint
Page 4 of 7

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and Travelers Casualty and Surety Company of America, et al.*
Case No. 3-17-cv_____

## COUNT I AGAINST KIEWIT
## BREACH OF CONTRACT

16.    Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 15 above.

17.    The principal amount due and owing to plaintiff by Kiewit for the extra work performed by plaintiff under the subcontract is at least $55,356.25, plus interest thereon until paid.

18.    Despite demand Kiewit has failed and refused to pay plaintiff the amount due and owing of at least $55,356.25, plus interest, for the labor and materials it furnished to Kiewit to perform extra work under the subcontract.

19.    Despite demand Kiewit has failed and refused to pay plaintiff the unpaid subcontract balance owed of $28,236.85, plus interest.

20.    Kiewit has breached its subcontract with plaintiff by failing and refusing to pay amounts due and owing to plaintiff under the subcontract.

21.    Kiewit is indebted to plaintiff in the amount of at least $55,356.25, plus interest, for the labor and materials it furnished to Kiewit to perform extra work under the subcontract, plus unpaid subcontract proceeds due of $28,236.85, plus interest.

## COUNT II AGAINST SURETY AND BOND
## PAYMENT BOND CLAIM

22.    Use-plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 21 above.

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and*
Complaint                                                                   *Travelers Casualty and Surety Company of America, et al.*
Page 5 of 7                                                                  Case No. 3-17-cv_____

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

23.    Kiewit, as prime contractor and principal, and Travelers, as its surety, executed Payment Bond No. 105723213 for the protection of all persons supplying labor, materials and equipment furnished for use in the performance of the contract. Said Payment Bond has been in effect at all pertinent times and remains in full force and effect.  A copy of Payment Bond No. 105723213 is attached hereto as Exhibit 1.

24.    Use-plaintiff is within the class of persons protected by Payment Bond No. 105723213 issued by Travelers.

25.    By reason of Kiewit's failure to make payment to use-plaintiff, Travelers, in its capacity as surety and on the basis of the obligations set forth in Payment Bond No. 105723213, is liable to use-plaintiff in the principal amount of at least $55,356.25 for extra work performed on the project plus unpaid subcontract proceeds due of $28,236.85.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff and use-plaintiff Faltz Landscaping, Inc. pray for relief against defendants Kiewit Building Group, Inc. and Travelers Insurance Company and its Payment Bond No. 105723213 as follows:

1.    For judgment against Kiewit Building Group, Inc. in favor of plaintiff in the amount of at least $55,356.25 for extra work plus unpaid subcontract proceeds due of $28,236.85.

Complaint
Page 6 of 7

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and*
*Travelers Casualty and Surety Company of America, et al.*
Case No. 3-17-cv_____

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

2.      For judgment against Travelers Casualty and Surety Company of America and its Payment Bond No. 105723213 in favor of use-plaintiff in the amount of at least $55,356.25 for extra work plus unpaid subcontract proceeds due of $28,236.85.

3.      For an award of interest on all amounts owed from the date owed until paid.

4.      For an award of reasonable actual attorney's fees and costs incurred by use-plaintiff and plaintiff as the prevailing party in this action, pursuant to the subcontract.

5.      For such other and further relief as the Court deems just and equitable in the premises.

DATED this 15th day of December, 2017, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Attorneys for Use-Plaintiff and Plaintiff
> Faltz Landscaping, Inc.
>
> By:     /s/ David M. Freeman
>            David M. Freeman
>            Alaska Bar No. 7808066

X:\6755\30511\Pldg\Complaint.docx

Complaint
Page 7 of 7

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and*
*Travelers Casualty and Surety Company of America, et al.*
Case No. 3-17-cv_____

Case 3:17-cv-00259-TMB   Document 1   Filed 12/15/17   Page 7 of 7