David M. Freeman, Esq.
dfreeman@hwb-law.com
HOLMES WEDDLE and BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657

Attorneys for Use-Plaintiff and Plaintiff Faltz Landscaping, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of FALTZ LANDSCAPING, INC. and FALTZ LANDSCAPING, INC,<br><br>        Use-Plaintiff and, Plaintiff,<br><br>v.<br><br>KIEWIT BUILDING GROUP INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and its Payment Bond No.105723213,<br><br>        Defendants. | Case No. 3:17-cv-00259-TMB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PRIOR TO ANSWER** |

COME NOW United States of America, for the use and benefit of Faltz Landscaping, Inc. and Faltz Landscaping, Inc., by and through their counsel of record, Holmes Weddle and Barcott, P.C., and pursuant to Fed. R. Civ. P. 41(a)(1), hereby

NOTICE OF DISMISSAL
WITH PREJUDICE
PRIOR TO ANSWER
Page 1 of 2

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and Travelers Casualty and Surety Company of America, et al.*
Case No. 3:17-cv-00259-TMB

Case 3:17-cv-00259-TMB   Document 6   Filed 01/23/18   Page 1 of 2

provide notice of dismissal of claims asserted herein against defendant Kiewit Building Group and defendant Travelers Casualty & Surety Co. and its Payment Bond No. 105723213, with prejudice. Said Defendants have not filed an entry of appearance and have not served an answer to Plaintiff's Complaint and, as such, dismissal of Plaintiff's action against Defendants is proper, pursuant to Fed R. Civ. P. 41(a)(1).

DATED this 23rd day of January, 2018, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Use-Plaintiff and Plaintiff
Faltz Landscaping, Inc.

By: s/ David M. Freeman
David M. Freeman
Alaska Bar No. 7808066

NOTICE OF DISMISSAL
WITH PREJUDICE
PRIOR TO ANSWER
Page 2 of 2

*Faltz Landscaping, Inc. v. Kiewit Building Group, Inc. and Travelers Casualty and Surety Company of America, et al.*
Case No. 3:17-cv-00259-TMB